UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ZULMA GUITY,

                                        Plaintiff,

            -v-

UNITED STATES OF AMERICA,

                                        Defendant.

---

26 Civ. 171 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On March 16, 2026, defendant filed a motion to dismiss the complaint under Federal Rule of Civil Procedure 12. Under Rule 15(a)(1)(B), a plaintiff has 21 days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course.

Accordingly, it is hereby ORDERED that plaintiff shall file any amended complaint by April 7, 2026. No further opportunities to amend will ordinarily be granted. If plaintiff does amend, by April 28, 2026, defendant shall: (1) file an answer; (2) file a new motion to dismiss; or (3) submit a letter to the Court, copying plaintiff, stating that it relies on the previously filed motion to dismiss.[1]

It is further ORDERED that if no amended complaint is filed, plaintiff shall serve any opposition to the motion to dismiss by April 7, 2026. Defendant's reply, if any, shall be served by April 14, 2026. At the time any reply is served, the moving party shall supply the Court with two courtesy copies of all motion papers by mailing or delivering them to the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York 10007.

---

[1] If defendant files a new motion to dismiss or relies on its previous motion, plaintiff's opposition will be due 14 days thereafter, and defendant's reply, if any, will be due seven days after that.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: March 18, 2026
       New York, New York

2